IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| TAVARRES HENDERSON and FEDERAL BUREAU OF INVESTIGATION, Plaintiffs, v. MR. TERRY BERNARD; MRS. LISA SCRUGGINS; and THE STATE OF GEORGIA, Defendants. | CV 324-039 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 5th day of September, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE